# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 171 WAL 2019

Respondent    :

   :    Petition for Allowance of Appeal from

   :    the Order of the Superior Court

v.    :

JOHN LEWIS RUSH,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.